UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

_Rebecca Solomon_, Defendant.

Case Number **CR-06-00918 JF**

ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on _12/19_, 2007.
Defendant was present, represented by his attorney _Nk Humy_. The United States was represented by
Assistant U.S. Attorney _J. Nedrow_.

PART I. PRESUMPTIONS APPLICABLE

/ / The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and the defendant has been
convicted of a prior offense described in 18 U.S.C. § 3142(f)(1) while on release pending trial for a federal, state or local
offense, and a period of not more than five (5) years has elapsed since the date of conviction or the release of the person from
imprisonment, whichever is later.

This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the
safety of any other person and the community.

/ / There is probable cause based upon (the indictment) (the facts found in Part IV below) to believe that the
defendant has committed an offense

A. ___ for which a maximum term of imprisonment of 10 years or more is prescribed in 21 U.S.C. § 801 et
seq., § 951 et seq., or § 955a et seq., OR

B. ___ under 18 U.S.C. § 924(c): use of a firearm during the commission of a felony.

This establishes a rebuttable presumption that no condition or combination of conditions will reasonably assure the
appearance of the defendant as required and the safety of the community.

/✗/ No presumption applies.

PART II. REBUTTAL OF PRESUMPTIONS, IF APPLICABLE

/ / The defendant has not come forward with any evidence to rebut the applicable presumption[s], and he therefore
will be ordered detained.

/ / The defendant has come forward with evidence to rebut the applicable presumption[s] to wit: _____

_____

Thus, the burden of proof shifts back to the United States.

PART III. PROOF (WHERE PRESUMPTIONS REBUTTED OR INAPPLICABLE)

/ / The United States has proved to a preponderance of the evidence that no condition or combination of conditions
will reasonably assure the appearance of the defendant as required, AND/OR

/ / The United States has proved by clear and convincing evidence that no condition or combination of conditions
will reasonably assure the safety of any other person and the community.

PART IV. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

✗ The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted
at hearing and finds as follows: _The defendant is an international traveler and had to be extradited_
_from the Philippines to face these charges. She is charged with mail fraud, wire fraud, money_
_laundering / conspiracy and engaging in monetary transactions with funds from unlawful_
_activity. She travels extensively and easily. She has children in the_
_Philippines in the care of others. She and her husband are alleged to have_
_embezzled millions of dollars from potential investors who appeared at this_
_hearing and sought to be heard concerning their losses. Many of the victims_

/ / Defendant, his attorney, and the AUSA have waived written findings. _appeared and spoke at this_
_hearing._

PART V. DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a
corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending
appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court
of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility shall deliver
the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: _12/19/07_

AUSA ___, ATTY ___, PTS ___

_Patricia V. Trumbull_

PATRICIA V. TRUMBULL
United States Magistrate Judge