MATTHEW J. JACOBS (CSBN 171149)
Email: mjacobs@mwe.com
JESSICA L. CANEPA (CSBN 253784)
Email: jcanepa@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   650.815.7400
Facsimile:    650.815.7401

Attorneys for Defendant
TERRY R. SOLOMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLOMON, et al.,<br><br>    Defendants. | Case No. CR 06 00818 JF<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND JUDGMENT TO ALLOW DEFENDANTS TO HAVE CONTACT WITH RELATIVES** |

Defendant Terry R. Solomon by and through his attorneys Matthew J. Jacobs and Jessica L. Canepa, Defendant Rebecca Solomon, by and through her attorney Nicholas P. Humy (collectively "Defendants"), and the United States, by and through Assistant U.S. Attorney Jeffrey D. Nedrow, hereby stipulate and agree to request that the Court amend the Criminal Judgment entered in this case on December 10, 2008 to allow Defendants to have contact, both during imprisonment and on supervised release, with the following three individuals who are currently included on the victim list: 1) Brandon Bale; 2) Karen Bale; and 3) Dan Bale. These individuals are relatives of the Defendants.

//

//

IT IS SO STIPULATED.

Dated: March 9, 2009					McDERMOTT WILL & EMERY LLP

							By: /s/ Matthew J. Jacobs
							    Matthew J. Jacobs

							Attorneys for Defendant
							TERRY R. SOLOMON

Dated: March 9, 2009					OFFICE OF THE FEDERAL PUBLIC DEFENDER

							By: /s/ Nicholas P. Humy
							    Nicholas P. Humy

							Attorneys for Defendant
							REBECCA SOLOMON

Dated: March 9, 2009					UNITED STATES OF AMERICA

							By: /s/ Jeffrey D. Nedrow
							    Jeffrey D. Nedrow

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA

**O R D E R**

FOR GOOD CAUSE APPEARING, it is so ordered.

DATED: 3/11/09					_____
							Hon. Jeremy Fogel

MPK 151098-1.099747.0102

STIPULATION AND [PROPOSED] ORDER TO AMEND JUDGMENT — - 2 - — CASE NO. CR 06 00818 JF