JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06–00818-JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RE: SECOND REVISED |
| v. ) | FINAL ORDER OF RESTITUTION |
| ) | |
| REBECCA SOLOMON, ) | |
| ) | |
| Defendant. ) | |

The parties, by and through their counsel of record, hereby stipulate to the entry of a final order of restitution in the amount of $14,211,683.33 as to Rebecca Solomon in this case. The restitution shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution order is imposed jointly and severally upon defendant Rebecca Solomon and co-defendant Terry Solomon. This revised stipulation is intended to supersede the previous revised stipulation, which contained a typographical error.

May, 4, 2009

JOSEPH P. RUSSONIELLO
United States Attorney
_____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney

May 4, 2009

_____/s/_____
NICHOLAS P. HUMY
Attorney for Rebecca Solomon

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-00818-JF |
| | ) | |
| Plaintiff, | ) | SECOND REVISED FINAL ORDER RE: RESTITUTION |
| | ) | |
| v. | ) | |
| | ) | |
| REBECCA SOLOMON, | ) | |
| | ) | |
| Defendant. | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this case shall be $14,211,683.33 as to Rebecca Solomon in this case. The restitution shall be allocated as specified in the attached worksheet. As stated at sentencing, this restitution order is imposed jointly and severally upon defendant Rebecca Solomon and co-defendant Terry Solomon.

DATE: 5/11/09

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

JUDGMENT PREPARATION WORKSHEET
REBECCA SOLOMON
CR 06-00818-01 JF

| Victim Last Name | Victim Prefex | Victim First Name | Victim's Restitution Amount Ordered |
|---|---|---|---:|
| Ahmadian | Ms. | Miriam | 70,000.00 |
| Anderson | Mr./Mrs. | Miles and Patricia | 50,000.00 |
| Bale | Mr. | Brandon | 40,000.00 |
| Banerjee | Mr. | Subodh | 12,000.00 |
| Bitter | Mr. | Patrick | 1,000,000.00 |
| Bocian | Ms. | Nancy | 301,033.33 |
| Cook | Mr. | Matthew | 277,500.00 |
| Cook | Mr. | William | 100,000.00 |
| Cook | Ms. | Ann | 100,000.00 |
| Crowley | Ms. | Deborah | 50,000.00 |
| Delis | Mr. | Dean and Margaret | 250,000.00 |
| Diluzio | Ms. | Jennifer | 75,000.00 |
| Durkin | Ms. | Kristin | 10,000.00 |
| Elsayed | | Amir | 40,000.00 |
| Feldman | Mr. | Scott | 15,000.00 |
| Fletcher | Mr. | David Vincent | 35,000.00 |
| Gholami | Mr. | Shahram | 137,000.00 |
| Hara | Mr. | Michael | 2,000,000.00 |
| Hernlund | | Ellen | 10,000.00 |
| Higby | Mr. | Patrick | 50,000.00 |
| Husain | Mr. | Iqbal | 510,000.00 |
| Johansen | Mr. | Rikke | 55,000.00 |
| Kallman | Ms. | Barbara | 50,000.00 |
| Kerpan-Kaylor | Ms. | Kathleen | 100,000.00 |
| Kimber | Mr. | Adam | 25,000.00 |
| Levan | Mr. | Richard | 15,000.00 |
| Loe | Ms. | Kameron | 45,000.00 |
| Lucas | Ms. | Shawn | 155,000.00 |
| Luna | Mr./Mrs. | Brandon and Jamie | 25,000.00 |
| Masset | Mr./Mrs. | Dennis and Lorrie | 40,000.00 |
| Mazumder | Mr. | Mohiuddin | 362,500.00 |
| Meyer | Mr. | Drew | 25,000.00 |
| Miles | Mr. | John | 125,000.00 |
| Minasian | Mr. | Perry | 32,000.00 |
| Moshtaghi | Mr. | Hamid | 525,000.00 |
| Myers | Ms. | Marilyn | 100,000.00 |
| Naleway | Mr. | Steven | 200,000.00 |
| Ng | Ms. | Flora | 1,145,900.00 |
| Nguyen | Ms. | Kim | 100,000.00 |
| Okonski | Mr. | Fabian | 100,000.00 |
| Osenton | Mr. | William | 360,000.00 |
| Ouraie | Mr. | Farzaneh | 137,500.00 |

JUDGMENT PREPARATION WORKSHEET
REBECCA SOLOMON
CR 06-00818-01 JF

| Victim Last Name | Victim Prefex | Victim First Name | Victim's Restitution Amount Ordered |
|---|---|---|---|
| Peters | | Charles | 30,000.00 |
| Pound | Mr. | Howard | 10,000.00 |
| Rahman | Mr. | Mahbub | 1,363,750.00 |
| Ramirez | Mr. | Erasmo | 50,000.00 |
| Regillo | Mr. | Nicholas | 50,000.00 |
| Richardson | Mr. | Kevin | 20,000.00 |
| Rosenthal | Mr. | Clinton | 440,000.00 |
| Russ | Mr. | Christopher | 15,000.00 |
| Sanatkhani | Mr. | Mahmoud | 700,000.00 |
| Scholtz | Ms. | Sharon | 12,500.00 |
| Senter | Ms. | Diane | 25,000.00 |
| Sharma | Mr. | Samir | 200,000.00 |
| Singh | | Randeep | 10,000.00 |
| Sinisi | Mr. | Vincent | 25,000.00 |
| Tandinco | Mr. | Artoteles | 325,000.00 |
| Tandinco | Ms. | Imelda | 455,000.00 |
| Taylor | Mr. | Trevor | 460,000.00 |
| Traina | Ms. | Valerie | 450,000.00 |
| Wilson | Mr. | Christopher | 45,000.00 |
| Wilson | Mr. | Neal | 450,000.00 |
| Wilson | Ms. | Lisa | 160,000.00 |
| Winfree-Rupe | Ms. | April | 20,000.00 |
| Zamanian | Mr. | Bahman | 40,000.00 |
| Total | | | $14,211,683.33 |