1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6915
7      FAX: (415) 436-6570
       Raven.Norris@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-0818 JF |
| Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |
| REBECCA SOLOMON aka REBECCA MORI, | |
| Defendant, | |
| CITIBANK, N.A., | |
| Garnishee. | |

Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Citibank, N.A., as Garnishee, for the purpose of garnishing defendant Rebecca Solomon

aka Rebecca Mori and Mori Premier Property's depository accounts/property (including nonexempt disposable earnings) in which defendant Rebecca Solomon aka Rebecca Mori and Mori Premier Property has a substantial nonexempt interest, in order to satisfy the judgment entered against him in the above-captioned case.

Dated: 5/8/17

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE